**Memorandum of Notification**

From:   Kamilla Denise London *KDL*
Date:   February 16, 2016 → 2/27/16
Re:     Legal Name Change

[ TO: US District Court of DE: Civil Action No. 15-269-GMS ]

*FILED SEP 06 2016 DISTRICT COURT OF DELAWARE*

Please be advised, this effectively apprises your department of my recent legal name change, effected in the State of Delaware on January 26, 2016 in the New Castle County Court of Common Pleas. Attached is a copy of the certified court Order in this regard. Please be aware of this event for all future intents and purposes.

Thank you.


Cc:

Kathleen MacRae, ACLU
Dan Atkins, CLASI
Brendan O'Neill, Office of Defense
Matt Denn, DE Dept. of Justice
Mary M. Johnston, NCC Superior Court
DE Dept. of Vital Statistics
State Police Headquarters
New Castle Co. Police Headquarters
Wilmington Department of Police

## IN THE COURT OF COMMON PLEAS FOR THE STATE OF DELAWARE

## IN AND FOR THE COUNTY OF NEW CASTLE

| | |
|---|---|
| IN THE MATTER OF:<br><br>**JESUS LEO PINKSTON,**<br>**PETITIONER**<br><br>TO<br><br>**KAMILLA DENISE LONDON** | C.A. NO: CPU4-15-004046<br><br>Petitioner's Date of Birth:<br>08-22-1987<br><br>**CHANGE OF NAME** |

### ORDER

This _26_ th day of January, 2016, the Verified Petition in this Matter having been heard and considered;

**IT IS SO ORDERED** that the Petitioner from this day forward and for all purposes shall bear the name of **KAMILLA DENISE LONDON.**

_____
JUDGE

CERTIFIED AS A TRUE COPY
ATTEST:
CLERK OF THE COURT
BY _____

I/M Kamilla Denise London
SBI# 00788224    UNIT 23-D
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



WILMINGTON DE
01 SEP 2016 PM

✳ Legal Mail ✳

Office Of The Clerk
United States District Court
844 N. King Street, Unit 18
Wilmington, Delaware
     19801-3570

U.S. - X-RAY

19801$3519 C012