Kamilla Denise London
SBI No. 00428224
James T. Vaughn Correctional Ctr.
1181 Paddock Road
Smyrna, Delaware 19977

Clerk of the Court
United States District Court for the District of Delaware
J. Caleb Boggs Building
844 King Street, Lock Box No. 18
Wilmington, Delaware 19801

February 21, 2018

> Re: Kamilla Denise *London v. Dana Metzger, et al.*
> *Civil Action No. 15-269-GMS*
>
> *Request for Extension of Time to File Notice of Appeal*

Dear Clerk:

I write to request an extension of time in which to file a notice of appeal in regard to the above referenced action.

The Court, on February 5, 2018, denied my *habeas corpus* petition as well as a certificate of appealability. I intend to file a notice of appeal to the Court of Appeals in regard to the **Certificate of Appealability** denial.

According to court rules, there is a (30) day time period in which to file an appeal in this matter. Due to extreme institutional constraints on access to law libraries within my facility, I am unable to meet this (30) day deadline. As such, I respectfully request the Court to grant me an additional (30) day time period in which to file this notice of appeal.

Very truly yours,

*[signature]*

Kamilla Denise London

cc: Attorney General's Office
     Encl.